UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYRIL KOLOCOTRONIS,<br><br>        Plaintiff,<br><br>        v.<br><br>D.J. CUNNINGHAM and the WASHINGTON STATE SUPREME COURT JUSTICES except for JUSTICE ROSELLINI,<br><br>        Defendant. | Case No.  C05-5160RJB<br><br>ORDER |

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a motion for a continuance filed by plaintiff. (Dkt. # 8)  The court has signed a Report and Recommendation that this action be dismissed as frivolous.  In light of that Report this motion is **DENIED.**

DATED this 29th day of June, 2005.

                              Karen L. Strombom
                              United States Magistrate Judge

ORDER
Page - 1