UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CYRIL KOLOCOTRONIS,

    Plaintiff,

v.

D.J. CUNNINGHAM and the WASHINGTON STATE SUPREME COURT JUSTICES except for JUSTICE ROSELLINI,

    Defendant.

Case No. C05-5160RJB

ORDER STRIKING OBJECTIONS

    This matter comes before the court on plaintiff's objections to the Report and Recommendation of the Magistrate Judge. Dkt. 13. The court has reviewed the relevant documents and the remainder of the file herein.

    On March 18, 2005, the magistrate judge issue an Order to Show Cause, requiring plaintiff to provide legible and full financial information on a form that was sent to him with the Order to Show Cause. See Dkt 3. On June 1, 2005, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, recommending that the court deny plaintiff's application to proceed *in forma pauperis*, because plaintiff had failed to cure deficiencies in his application. Dkt. 4. On June 3, 2005, plaintiff filed the completed form. Dkt. 5. On June 13, 2005, the court issued an order declining to adopt the Report and Recommendation and re-referring the matter to the magistrate judge. Dkt. 6. On June 14, 2005, the magistrate judge granted plaintiff's application to proceed *in forma pauperis*.

ORDER
Page - 1

1  Dkt. 9.  On June 30, 2005, plaintiff filed objections to the Report and Recommendation.  Dkt. 13.

3  Plaintiff's application to proceed *in forma pauperis* has been granted.  His objections are
4  moot and should be stricken.
5  Therefore, it is hereby
6  **ORDERED** that plaintiff's objections to the Report and Recommendation of the magistrate
7  judge (Dkt. 13) are **STRICKEN** as moot.
8  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to
9  any party appearing *pro se* at said party's last known address.
10  DATED this 6th day of July, 2005.

Robert J. Bryan
U.S. District Judge

ORDER
Page - 2