UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CYRIL KOLOCOTRONIS,

             Plaintiff,

             v.

D.J. CUNNINGHAM and the
WASHINGTON STATE SUPREME
COURT JUSTICES except for JUSTICE
ROSELLINI,

             Defendant.

Case No.  C05-5160RJB

ORDER ADOPTING
REPORT AND
RECOMMENDATION

     The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L.

Strombom, objections to the report and recommendation, if any, and the remaining record, does

hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation;

    (2)     The complaint is **DISMISSED WITH PREJUDICE** as frivolous; and

    (3)     The Clerk is directed to send copies of this Order to plaintiff, and to the Hon Karen
          L. Strombom.

    DATED this 1st day of August, 2005.

Robert J. Bryan
United States District Judge

ORDER
Page - 1